Randall **FRYER**, Claimant/Appellant,

v.

**CHRYSLER MOTORS PLANT II,** Employer,

and

**Treasurer of the State of Missouri, as Custodian of the Second Injury Fund,** Additional Party/Respondent.

No. 71702.

Missouri Court of Appeals, Eastern District, Division Five.

May 13, 1997.

Susan K. Roach, Chesterfield, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Daniel A. Spirn, Asst. Attorney General, St. Louis, for Respondent.

Before AHRENS, C.J., and CRANDALL, J., and CHARLES B. BLACKMAR, Senior Judge.

**ORDER**

PER CURIAM.

Claimant, Randall Fryer, appeals from the Labor and Industrial Relations Commission's

denial of his claim against the Second Injury Fund. We have reviewed the record on appeal and find the decision of the Labor and Industrial Relations Commission is supported by competent and substantial evidence on the whole record. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order. The judgment is affirmed pursuant to Rule 84.16(b).